|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| LORETTA BENSEN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLECONNECT, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. C22-1199 MJP<br><br>ORDER ON JOINT MOTION TO STAY |

This matter comes before the Court on the Parties' Joint Motion to Stay Proceedings. (Dkt. No. 13.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion, in part. Although the Court generally will not stay a case to allow the parties to mediate, the Court finds that a limited stay of this relatively newly-filed cases is warranted. The Court therefore STAYS the matter until November 10, 2022. On November 10, 2022, the Parties must file an updated status report as to the mediation efforts referenced in the Motion, as well as the Parties' position(s) as to whether the stay should be continued and, if so, the reasons for or

ORDER ON JOINT MOTION TO STAY - 1

1 | against doing so. The Court will then evaluate whether any further stay beyond November 10,
2 | 2022 is warranted.
3 |     The clerk is ordered to provide copies of this order to all counsel.
4 |     Dated September 20, 2022.

*[signature]*

Marsha J. Pechman
United States Senior District Judge